**E-FILED**
Wednesday, 25 October, 2006  01:29:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

In re:                                  )
                                        )     Case No.: 06-MC-2035
THOMAS J. ROYCE            )

## O R D E R

On September 20, 2006, THOMAS J. ROYCE was suspended by the Supreme Court of Illinois, In re: 20962, for a period of two (2) years. Mr. Royce was ordered to show cause within ten (10) days, in writing, why he should not be suspended from practice in this District. To date, Mr. Royce has not responded to the order to show cause.

Accordingly, IT IS ORDERED that THOMAS J. ROYCE is hereby suspended from practicing in this Court effective immediately for a period of two (2) years.

IT IS FURTHER ORDERED that THOMAS J. ROYCE shall not be readmitted to practice before this Court except on application allowed by the Court en banc.

ENTERED this 25th day of October, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE